IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Keith Seward,<br><br>      Plaintiff,<br><br> v.<br><br>Singer Aretha L. Franklin; C.E.O. Charles D. Beaman of Palmetto Health Richland; Major Joey Smith; and President John J. Singerling,<br><br>      Defendants. | Civil Action No. 3:17-cv-03252-CMC<br><br>**OPINION AND ORDER**<br>**on**<br>**ECF No. 26 (filed February 27, 2018)** |

  Plaintiff filed a document on February 27, 2018, which arguably seeks clarification of a communication Plaintiff received from the Fourth Circuit Court of Appeals. ECF No. 26. Excluding attachments, Plaintiff's filing reads, in full, as follows:

> First you state if I want to appeal I should contact the Clerk Robin L. Blume of the United States District Court.
>
> Then after quoting my statement for 'grounds for appeal' you say I cannot appeal my case because you 'reviewed all allegations and I failed to support any cause of action!
>
> Later after contacting U.S. Court of Appeals in Richmond, Virginia you say my entry was incomplete. Does this mean I have won in my efforts to appeal my case?

*Id.* (capitalization modified). The attachments include the following: (1) "Notice of Right to File Objections to the Report and Recommendation" signed by the Clerk of this court (ECF No. 26-1 at 2); (2) selected pages from the undersigned's order adopting the Report and Recommendation ("Report") and dismissing this action (ECF No. 26-1 at 3, 4); (3) a number of additional pages following a cover page titled "Illinois," which appear to refer to encounters between law

enforcement and citizens in that state; and (4) a card from the Archdiocese of Chicago acknowledging receipt of correspondence from Plaintiff.[1]

Read together with the attachments, the first two paragraphs quoted above appear to refer to the first and second attachments (the notice of Plaintiff's right to object to the Report and this court's order adopting the Report), but do not request any relief from this court. The third paragraph arguably seeks clarification of a communication Plaintiff received from the Fourth Circuit Court of Appeals. This court lacks authority to respond to any such request. The remaining attachments do not appear to relate to the claims in this case and, in any event, fail to suggest a basis for relief that might be within the jurisdiction of this court.

Therefore, to the extent Plaintiff's February 27, 2018 filing may be construed as a motion seeking relief from this court, the motion is denied.

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie<br>
CAMERON MCGOWAN CURRIE<br>
Senior United States District Judge

Columbia, South Carolina
March 5, 2018

---

[1] These pages include a handwritten list of persons identified as "victims" followed by references to various law enforcement, judicial, and legislative figures and various locations in Illinois as well as an article about a police shooting in Chicago, Illinois in 2015. ECF No. 26-2.